| United States District Court | DISTRICT<br>Eastern District of Pennsylvania |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>George Donnelly | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>10-757-M |

Complaint for violation of Title 18 United States Code § 111

| NAME OF JUDGE OR MAGISTRATE<br>Honorable HENRY S. PERKIN | OFFICIAL TITLE<br>U.S. Magistrate Judge | LOCATION<br>Philadelphia, PA |
|---|---|---|
| DATE OF OFFENSE<br>May 11, 2010 | PLACE OF OFFENSE<br>Allentown, PA | ADDRESS OF ACCUSED (if known)<br>Saw Mill Court, Norristown PA |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about May 11, 2010, the defendant forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with persons designated in section 1114 of Title 18 of the United States Code, that is, a Court Security Officer and a Deputy United States Marshal, while they were engaged in the performance of their officials duties, and such acts involved physical contact with the victims, all in violation of Title 18, United States Code, Section 111.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

SEE AFFIDAVIT ATTACHED HERETO.

MATERIAL WITNESSES IN RELATION AGAINST THE ACCUSED:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>Enrique Trevino<br>OFFICIAL TITLE<br>Deputy, U.S. Marshals Service |
|---|---|

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE<br>Honorable HENRY S. PERKIN, United States Magistrate Judge | DATE<br>5/12/2010 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

## AFFIDAVIT

I, Enrique Trevino, being duly sworn, depose and state the following:

1. I am a Deputy United States Marshal for the United States Marshals Service. I have been employed in this capacity for about 22 years. I am a graduate of the Criminal Investigator Training Program sponsored by the Federal Law Enforcement Training Center in Glynco, GA and a graduate of the United States Marshal Service Academy. I am currently assigned to the Eastern District of Pennsylvania, Allentown Sub-Office. My duties include investigating violations of Title 18, United States Code § 111.

2. This affidavit is made in support of an Application for Arrest Warrant for George S. Donnelly, age 39, who resides on Saw Mill Court, Norristown, Pennsylvania.

3. On or about May 11, 2010, at approximately 12:00 p.m., Court Security Officers (CSO) manning the front lobby of the Edward N. Cahn Federal Court House and Federal Building, requested assistance from Deputy U.S. Marshals in reference to protestors outside the front of the building.

4. As I approached the front door of the lobby, I could see CSO Claire Burns struggling with a male subject later identified as George Donnelly. I assisted CSO Burns and attempted to get Mr. Donnelly's hands out from between his legs, where he appeared to be hiding an object. Mr. Donnelly resisted me and the CSO and refused to show his hands. I learned from CSO Burns that Mr. Donnelly struck CSO Burns during the struggle, he was placed under arrest under Tile 18 USC Sec. 111, for assaulting, resisting or impeding certain officers or employees.

5. Based on the foregoing facts, I have probable cause to believe George S. Donnelly, violated Title 18, United States Code, Section 111.

Enrique Trevino
Deputy U.S. Marshal
United States Marshals Service

Sworn to before me and subscribed
in my presence this 12th
day of May, 2010.

THE HONORABLE HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE